IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Criminal No.: 07-402 |
| | : | |
| **DARRYL ASHTON** | : | |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel respectfully requests leave of the Court to withdraw her appearance from the captioned case. In support of this motion, counsel states the following:

1.    The defendant is currently scheduled to appear for a hearing on August 23, 2007, in the captioned case.

2.    Counsel has learned from the defendant that he wishes to retain other counsel in the above captioned case.

3.    Undersigned counsel has refunded all monies to the defendant.

## CONCLUSION

For these reasons, counsel respectfully respects this motion to withdraw the appearance of Nikki Lotze in the captioned case be granted.

Respectfully submitted,


_____/s/_____
Nikki Lotze
Roberts & Wood
Suite 202
6801 Kenilworth Ave.
Riverdale, MD 2073


CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Motion to Withdraw has been served by mail, postage prepaid, on AUSA, 555 Fourth Street, NW, Washington, D.C. 20530, this 20th day of August, 2007.


_____/s/_____
Nikki Lotze

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **Criminal No.: 07-402** |
| | : | |
| **DARRYL ASHTON** | : | |

PROPOSED ORDER

Upon consideration of the Motion to Withdraw to withdraw the appearance of Nikki Lotze, good cause having been advanced, it is this _____ day of _____, 2007, hereby

ORDERED that the motion is granted.

_____
Judge

cc:
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave. Suite 202
Riverdale, MD 20737

U.S. Attorney's Office
555 Fourth Street, NW
Washington, D.C. 20001