IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES | : | |
| | : | Case No: 07-mj-402 |
| V. | : | |
| | : | |
| DARRYL ASHTON | : | |

### LINE ENTERING APPEARANCE

_____Please enter the appearance of attorney Nikki Lotze as private counsel for the Defendant in the above captioned case.

Respectfully submitted,

_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave. #202
Riverdale, MD 20737
(301) 699-0764

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing line has been served by mail to, AUSA, 555 Fourth Street, NW, Washington, DC 20530 on this 23th day of August 2007.

_____/s/_____
Nikki Lotze