IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No.: 07-mj-402 |
| | : | |
| **DARRYL ASHTON** | : | |

### MOTION TO WITHDRAW APPEARANCE

Undersigned counsel respectfully requests leave of the Court to withdraw her appearance from the captioned case. In support of this motion, counsel states the following:

1. The defendant is currently scheduled to appear for a hearing on August 23, 2007, in the captioned case.

2. Counsel has learned from the defendant that he wishes to retain other counsel in the above captioned case.

3. Undersigned counsel has refunded all monies to the defendant.

### CONCLUSION

For these reasons, counsel respectfully respects this motion to withdraw the appearance of Nikki Lotze in the captioned case be granted.

                                          Respectfully submitted,

                                          _____

                                          Nikki Lotze
                                          #447881
                                          Suite 202
                                          6801 Kenilworth Ave.
                                          Riverdale, MD 20737

(301) 699-0764

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Withdraw has been served by mail, postage prepaid, on Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530 this 23 day of August, 2007.

_____
Nikki Lotze

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No.: 07-mj-402 |
| | : | |
| **DARRYL ASHTON** | : | |

PROPOSED ORDER

Upon consideration of the Motion to Withdraw to withdraw the appearance of Nikki Lotze, good cause having been advanced, it is this _____ day of _____, 2007, hereby

ORDERED that the motion is granted.

_____
Judge

cc:
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave. Suite 202
Riverdale, MD 20737

U.S. Attorney's Office
555 Fourth Street, NW
Washington, D.C. 20001