AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_for the_ **DISTRICT OF** _Columbia_

UNITED STATES OF AMERICA

v.

_Darryl R. Ashton_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-402M-01

**FILED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _DARRELL ASHTON_, charged in a (complaint) (petition) pending in this District with _____

in violation of Title ___21___, U.S.C., ___841___,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Darrell Ashton_
Defendant

_8/30/2007_
Date

_Duane King for Brian K. McDaniel_
Counsel for Defendant